UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

TERRY A. BROCK,

    Plaintiff,

v.

GORDON TRUCKING INC. and
GORDON TRUCKING CO.,

    Defendants.                                     No. 12-cv-645-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Defendants' Motion to Dismiss or, in the Alternative for Summary Judgment (Doc. 56) and Defendant's Motion for Summary Judgment on its Counterclaim for Property Damages (Doc. 58).

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting Defendants' Motion to Dismiss or, in the Alternative for Summary Judgment and Defendant's Motion for Summary Judgment on its Counterclaim for Property Damages entered on April 25, 2013, Judgment is entered in favor of Defendants and against Plaintiff. The Court awards damages in the amount of $6,606.57 to Defendants.

                                      NANCY J. ROSENSTENGEL,
                                      CLERK OF COURT

                                      BY:     /s/*Sara Jennings*
                                                      **Deputy Clerk**

Dated: April 29, 2013

Digitally signed by David R. Herndon
Date: 2013.04.29 15:55:21 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT